**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ALIK ANTHONY,

Plaintiff,

1:25-cv-1787
(ECC/DJS)

v.

THIS CITY OF ALBANY, THE COUNTY OF ALBANY, RANDY SCHULER, Detective of Albany Police, BRETT BARNARD, Parole Officer, ROBERT ROSENBERGER, Senior Parole Officer, and JENNIFER COLON, Parole Officer,

Defendants.

---

Alik Anthony, *Pro se Plaintiff*

**Hon. Elizabeth C. Coombe, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

Plaintiff Alik Anthony commenced this proceeding by the filing of a Complaint and sought leave to proceed *in forma pauperis* (IFP). Dkt. Nos. 1, 2. The matter was referred to United States Magistrate Judge Daniel J. Stewart who, on March 9, 2026, granted Plaintiff's application to proceed IFP and issued a Report-Recommendation recommending that certain of Plaintiff's claims be dismissed and other claims be allowed to proceed. *See* Dkt. Nos. 15, 16. Plaintiff filed objections to this Report-Recommendation, Dkt. Nos. 20, 21, and subsequently sought leave to file an amended complaint, Dkt. No. 24. The Court denied Plaintiff's motion for leave to file an amended complaint as moot because Plaintiff was entitled to amend the pleading as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1), docketed the Amended Complaint, and referred the Amended Complaint to Magistrate Judge Stewart for initial review. *See* Dkt. Nos. 25 (text order), 26 (Amended Complaint).

Magistrate Judge Stewart issued a second Report-Recommendation on May 28, 2026, again recommending that some of Plaintiff's claims be allowed to proceed. Dkt. No. 29. Specifically, the Report-Recommendation recommends that (1) any claims asserted against Defendants the City of Albany and the County of Albany pursuant to 42 U.S.C. § 1983 be dismissed with prejudice and without leave to amend; (2) Plaintiff's sixth cause of action for loss of property and seventh cause of action for attorney malpractice be dismissed; (3) all claims against Defendants Schuler, Barnard, Rosenberger, and Colon in their official capacities be dismissed with prejudice; and (4) that the following claims be permitted to proceed: Plaintiff's first cause of action for unlawful search and seizure and second cause of action for right to privacy against Defendants Barnard, Rosenberger, and Colon in their individual capacities; third cause of action for false arrest and fourth cause of action for false imprisonment against Defendants Barnard, Rosenberger, Colon, and Schuler in their individual capacities and against the City of Albany pursuant to state law; and fifth cause of action for malicious prosecution against Defendants Schuler, Barnard, and Rosenberger in their individual capacities and against the City of Albany and County of Albany pursuant to state law. Dkt. No. 29 at 13-14.

The Report-Recommendation informed Plaintiff that he had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. *Id.* at 14. No objections to the Report-Recommendation have been filed.

As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228-29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Under this standard, "the court need only satisfy itself that

there is no clear error on the face of the record in order to accept the recommendation." *Petersen*, 2 F. Supp. 3d at 229. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that the Report-Recommendation, Dkt. No. 29, is **ADOPTED** in its entirety; and it is further

**ORDERED** that any claims asserted against Defendants the City of Albany and the County of Albany pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice and without leave to amend**; and it is further

**ORDERED** that Plaintiff's sixth cause of action for loss of property and seventh cause of action for attorney malpractice are **DISMISSED**; and it is further

**ORDERED** that all claims against Defendants Schuler, Barnard, Rosenberger, and Colon in their official capacities are **DISMISSED**; and it is further

**ORDERED** that the following claims **SURVIVE** initial review and require a response: Plaintiff's first cause of action for unlawful search and seizure and second cause of action for right to privacy against Defendants Barnard, Rosenberger, and Colon in their individual capacities; third cause of action for false arrest and fourth cause of action for false imprisonment against Defendants Barnard, Rosenberger, Colon, and Schuler in their individual capacities and against the City of Albany pursuant to state law; and fifth cause of action for malicious prosecution against Defendants Schuler, Barnard, and Rosenberger in their individual capacities and against the City of Albany and County of Albany pursuant to state law; and it is further

**ORDERED** that Plaintiff is directed to submit proposed summonses to the Clerk of the Court for Defendants the City of Albany, the County of Albany, Schuler, Barnard, Rosenberger,

and Colon;[1] and upon receipt of the proposed summonses, the Clerk shall issue summonses and forward them, along with the necessary copies of the Amended Complaint and a copy of this Memorandum-Decision and Order to the United States Marshal for service upon Defendants the City of Albany, the County of Albany, Schuler, Barnard, Rosenberger, and Colon. The Clerk shall forward a copy of the summons, Amended Complaint, and this Memorandum-Decision and Order by electronic mail to the Albany Office of Corporation Counsel and the Albany County Attorney; and it further

**ORDERED** that a response to the Amended Complaint be filed by Defendants the City of Albany, the County of Albany, Schuler, Barnard, Rosenberger, and Colon as provided for in the Federal Rules of Civil Procedure after service of process; and it is further

**ORDERED** that the Clerk is directed to redact Plaintiff's date of birth and social security number from Exhibit F to the Amended Complaint, Dkt. No. 26 at 35;[2] and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Elizabeth C. Coombe
U.S. District Judge

[1] The Clerk is directed to provide Plaintiff with blank summonses to complete.

[2] Although this District's Local Rules make clear that the responsibility for redacting personal identifiers rests solely with counsel and the parties, N.D.N.Y. L.R. 5.2(a)(b), the Court will redact the personal identifiers in this instance given Plaintiff's *pro se* status.